IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAYRA MARTINEZ,<br><br>    **Plaintiff,**<br><br> v.<br><br>ENTERCOM COMMUNICATIONS CORP. AKA ENTERCOM,<br><br>    **Defendant.** | Civil Action No. 19-cv-1490 |

## JOINT STATUS REPORT

Defendant Entercom Communications Corp., with the consent and approval of Plaintiff Omayra Martinez, hereby submits this Joint Status Report. At the September 25, 2020 status conference, the Court asked the Parties to confer regarding mediation with a magistrate judge. The Parties have conferred and, at this time, do not believe that mediation would be successful. The Parties desire to move forward with summary judgment in accordance with the current briefing schedule.

Dated: November 2, 2020

Respectfully submitted,

 s/ *Jocelyn R. Cuttino*
Jocelyn R. Cuttino (DC Bar No. 998367)
Elizabeth A. Johnston (DC Bar No. 1023541)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
jocelyn.cuttino@morganlewis.com
elizabeth.johnston@morganlewis.com

*Attorneys for Defendant Entercom Communications Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2020, a copy of this document was filed using the Court's CM/ECF system, which will generate a notice of electronic filing to:

Christopher E. Brown
526 King St., Suite 213
Alexandria, VA 2234
Phone: (703) 924-0223
cbrown@brownfirmpllc.com

Arinderjit (AJ) Dhali
1828 L Street NW, Suite 600
Washington, DC 20036
Phone: (202) 556-1285
ajdhali@dhalilaw.com

*Counsel for Plaintiff Omayra Martinez*

      s/ *Jocelyn R. Cuttino*