UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAYRA MARTINEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERCOM COMMUNICATIONS CORP., *also known as* ENTERCOM,<br><br>*Defendant*. | Civil Action No. 1:19-cv-01490 (CJN) |

## ORDER

This matter is before the Court on Entercom's Motion for Summary Judgment, ECF No. 17.

Accordingly, for the reasons given in the contemporaneously published Memorandum Opinion, it is **ORDERED** that Entercom's Motion for Summary Judgment, ECF No. 17, is **GRANTED**. The Clerk is directed to **CLOSE** this case.

DATE: March 21, 2022

CARL J. NICHOLS
United States District Judge

1